PER CURIAM.
Affirmed. See Everton v. Willard, 468 So.2d 936 (Fla.1985); Del Risco v. Jem Construction Corp., 452 So.2d 54 (Fla. 3d DCA), pet. for review denied, 459 So.2d 1039 (Fla.1984); Colon v. Lara, 389 So.2d 1070, 1072 (Fla. 3d DCA 1980); Freedman v. Freedman, 235 So.2d 544 (Fla. 3d DCA), cert. denied, 241 So.2d 859 (Fla.1970); Edgewater Drugs, Inc. v. Jax Drugs, Inc., 138 So.2d 525, 529 (Fla. 1st DCA 1962); 6 J. Moore, W. Taggart & J. Wicker, Moore’s Federal Practice § 56.08 at 56-132 n. 8 (2d ed. 1985); Restatement (Second) of Torts § 323 (1965); 3 Fla.Jur.2d Appellate Review § 361 (1978).